UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LESLEY HICKS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 19-CV-0275-CVE-FHM |
| | ) |
| DON TIMBERLAKE, BLAKE | ) |
| PARROT, JAMES THIESSEN, | ) |
| JOHN DOE 1-50, and JANE | ) |
| DOE 1-50. | ) |
| | ) |
| Defendants. | ) |

## ORDER

Plaintiff, proceeding pro se, filed this case alleging claims under the Fair Debt Collections Practices Act, 15 U.S.C. § 1692 et seq., and he was granted leave to proceed without prepayment of costs and fees. Dkt. # 2. Plaintiff was entitled to assistance from the Court with properly serving defendants based on Court's order allowing him too proceed without prepayment of costs and fees. The Court advised plaintiff to complete a USM-285 form for each defendant, and plaintiff returned the forms providing an address on East 71st Street in Tulsa, Oklahoma for each defendant. In the "special instructions," plaintiff provided an alternate address at which each defendant could be served. The United States Marshal attempted to serve defendants at the address on East 71st Street, and plaintiff is advised that service of process was unsuccessful. The remarks on the return of service forms indicate that defendants can be located at the alternate address provided by plaintiff. However, the United States Marshal will serve defendants only at the address listed in the "SERVE AT" portion of the USM-285 form. Plaintiff must re-submit three USM-285 forms providing the correct address in the "SERVE AT" portion of the form for each named defendant, and the Court

will direct the Court Clerk to send the necessary forms to plaintiff for his use in obtaining service of process on defendants. Plaintiff is advised to promptly return the forms because the failure to timely serve defendants could result in the dismissal of his claims.

**IT IS THEREFORE ORDERED** that plaintiff shall resubmit completed USM-285 forms and summonses for each named defendant listed in the complaint, and he is advised that his deadline to serve defendants is August 19, 2019.

**IT IS FURTHER ORDERED** that the Court Clerk shall send plaintiff three blank summonses and three blank USM-285 forms for plaintiff's use in serving defendants. Plaintiff's address is set forth in the complaint (Dkt. # 1).

**DATED** this 22nd day of July, 2019.

_____
CLAIRE V. EAGAN
UNITED STATES DISTRICT JUDGE